## CRIMINAL COMPLAINT
### (Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Benjamin Lewis** DOB: 1982; United States | DOCKET NO. |
| | MAGISTRATE'S CASE NO. 20-04898MJ |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i),

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about August 24, 2020, in the District of Arizona, **Benjamin Lewis** , named herein as defendant and conspirator, did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown, to transport certain illegal aliens, including Camilo Rubio-Romero, Francisco Garcia-Patricio, and Sergio Zamudio-Villasenor, and did so placing in jeopardy the life of any person; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(iii),**

**COUNT 2 (Felony)** On or about August 24, 2020, in the District of Arizona, **Benjamin Lewis** , knowing and in reckless disregard of the fact that certain illegal aliens, including Camilo Rubio-Romero, Francisco Garcia-Patricio, and Sergio Zamudio-Villasenor, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so and placing in jeopardy the life of any person; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), and 1324(a)(1)(B)(iii).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about August 24, 2020, in the District of Arizona (Benson), United States Border Patrol Agents (BPA) responded to assist a Department of Public Safety Officer with a vehicle stop on I-10. The officer stopped a 2004 Ford Taurus for going 55 miles per hour in a 75 miles per hour zone. The officer had the driver **Benjamin Lewis** arrested for possession of an estimated half-ounce of suspected methamphetamine. The officer also had eight subjects, all wearing camouflage, seated in a row and hand-cuffed together. There were six adults and two unaccompanied juveniles. The officer said that six of the subjects were inside the vehicle and two were hiding inside the trunk. All eight subjects admitted to the agent they were in the U.S. illegally, including Camilo Rubio-Romero, Francisco Garcia-Patricio, and Sergio Zamudio-Villasenor.

In a post-*Miranda* statement, the agent asked **Lewis** if he was willing to speak to him. **Lewis** said "Like what? Did I know they were illegal?" **Lewis** then said, "I was just driving and saw them on the side of the road and thought I had to help them out, I took them to the gas station to get them some water." He said he picked them out about five or six miles back.

Camilo Rubio-Romero was previously removed from the U.S. on April 12, 2019 through Del Rio, TX; Francisco Garcia-Patricio was previously removed from the U.S. on February 26, 2019 through Paso Del Norte, TX; Sergio Zamudio-Villasenor was previously removed from the U.S. on June 5, 2020 through Del Rio, TX.

Garcia and Zamudio said they had arranged to be smuggled into the United States for money and they crossed the border illegally. Zamudio said they walked approximately 12-15 days until they arrived on I-10. The guide told them to get into the first vehicle that stopped in front of them and a white sedan stopped in front of them and they got in. Garcia said he knew which vehicle to get into because it flashed its lights. Zamudio said that after traveling a short distance, the driver stopped and put two of the shortest people in the trunk because it was overly crowded in the passenger compartment.

| MATERIAL WITNESSES IN RELATION TO THE CHARGE: | |
|---|---|
| Detention Requested<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br>AUTHORIZED BY:  AUSA JAA/ri | SIGNATURE OF COMPLAINANT<br>RICARDO ISLAVA   Digitally signed by RICARDO ISLAVA Date: 2020.08.25 10:38:55 -07'00' |
| | OFFICIAL TITLE<br>Border Patrol Agent |
| Sworn by telephone _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1]   Maria S. Aguilera | DATE<br>August 25, 2020 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54